IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 14-05033-01-CR-SW-RK |
| WILLIAM M. EATON, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Suppress Evidence (Doc. 21). Defendant asserts that any and all custodial statements allegedly made by him to law enforcement on October 24, 2011, should be suppressed. On December 3, 2015, United States Magistrate Judge David P. Rush conducted an evidentiary hearing on the motion to suppress.

On January 21, 2016, United States Magistrate Judge Rush issued his Report and Recommendation (Doc. 32). On February 8, 2016, Defendant's Exceptions to the Report and Recommendation of United States Magistrate Judge (Doc. 33) was filed.

Upon careful and independent review of the pending motion, the government's response to motion to suppress (Doc. 24), defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. 21) is OVERRULED and DENIED.

SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 17, 2016